BEFORE THE THIRD DIVISION, JULY 8, 1968

No. P68/313.—United China & Glass Company *v.* United States, protests 316227–K/15000, etc. (New Orleans)

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JULY 15, 1968

No. P68/314.—Gamble Vargish & Co., dba Seabury & Co. *v.* United States, protests 60/16697 and 60/16735 (Los Angeles).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric motors similar in all material respects to those the subject of *Gamble Vargish & Co., dba Seabury & Co.* v. *United States* (57 Cust. Ct. 448, C.D. 2834), the claim of the plaintiff was sustained.